THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN JOHN SCHWIKA, :
:
Plaintiff, : 3:21-CV-2057
: (JUDGE MARIANI)
v. : (Magistrate Judge Saporito)
:
JOSEPH D. SPAGNUOLO, JR., :
:
Defendant. :

**ORDER**

AND NOW, THIS 27th DAY OF JANUARY, 2022, upon review of Magistrate Judge Joseph Saporito's Report and Recommendation ("R&R") (Doc. 9) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 9) is **ADOPTED** for the reasons set forth therein.

2. The above-captioned action is **DISMISSED** as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge